UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-21525-UU

EL NOVILLO RESTAURANT,
*et al.*,

    Plaintiffs,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, *et al.*,

    Defendants.

_____/

**ORDER RESETTING INITIAL PLANNING AND SCHEDULING CONFERENCE**

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro on **Wednesday, November 25, 2020**, at **10:30 a.m.** The parties shall be permitted to attend the hearing through Zoom or telephonically.

DONE AND ORDERED in Chambers at Miami, Florida this 26th__ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record