UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-21569-UU

EL NOVILLO RESTAURANT,
*et al.*,

    Plaintiffs,
v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, *et al.*,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court *sua sponte* upon review of Plaintiffs' First Amended Complaint (D.E. 20). The First Amended Class Action Complaint alleges that the Court has jurisdiction pursuant to the Class Action Fairness Act of 2005 ("CAFA") (codified at 28 U.S.C. §§ 1332, 1453, 1711–15). Plaintiffs allege that "[d]iversity exists among the Plaintiffs and Defendants" and that the amount in controversy exceeds $5 million. *Id.* ¶ 11. But conclusory allegations without factual support are not enough. *See Fitzgerald v. Seaboard Sys. R.R.*, 760 F.2d 1249, 1251 (11th Cir. 1985) ("The party invoking the jurisdiction has the duty to establish that federal jurisdiction does exist. . . . [I]t is the duty of the federal court to determine [jurisdiction] sua sponte.")

While Plaintiffs allege they are both Florida corporations, the First Amended Class Action Complaint does not allege citizenship of each of Defendant's members. D.E. 20 ¶¶ 16–21. Under 28 U.S.C. § 1332(d)(2):

> The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which—

> (A) any member of a class of plaintiffs is a citizen of a State different from any defendant;
> (B) any member of a class of plaintiffs is a foreign state or a citizen or subject of a foreign state and any defendant is a citizen of a State; or
> (C) any member of a class of plaintiffs is a citizen of a State and any defendant is a foreign state or a citizen or subject of a foreign state.

28 U.S.C. § 1332(d)(2). Because Plaintiffs do not allege citizenship of Defendant's members, the Court cannot ascertain whether it has jurisdiction over this matter.

ORDERED AND ADJUDGED that Plaintiffs SHALL, by **November 19, 2020**, notify the Court as to alleged citizenship of each of Defendant's members. Failure to timely file respond to this Order will result in dismissal of this case without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida this _12th_ day of November, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record